# EXHIBIT

# A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index No.:  506969/2022

------------------------------------------------------------------------X

DENNIS HOLM,

**SUMMONS**

Plaintiff designates KINGS
County as the place of trial.

-against-

The basis of venue is:
Location of Occurrence

EDISON VERLY and JB HUNT TRANSPORT INC.,

Plaintiff resides at:

------------------------------------------------------------------------X

73 Upton Street
Staten Island, NY  10304
County of Richmond

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorney(s) within twenty days after the service of this summons exclusive of the day of service where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner.  In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint

DATED:  Brooklyn, New York
             March 8, 2022

GEORGAKLIS & MALLAS, PLLC

Gregory S. Lombardi, Esq.
Attorneys for Plaintiff
Office and P.O. Address
9118 Fifth Avenue
Brooklyn, NY 11209

TO:    JB HUNT TRANSPORT, INC.           EDISON VERLY
          Via Secretary of State                      243 Zachary Court
          PO Box 130                                       Lakewood, NJ 08701
          615 J.B. Hunt Corporate Drive
          Lowell, AR 72745

FILED WITH THE CLERK OF THE COURT ON     March 9, 2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
DENNIS HOLM,

             Plaintiff,                      **COMPLAINT**

-against-                           Index No.: 506969/2022

EDISON VERLY AND JB HUNT TRANSPORT INC.,

             Defendants.
-------------------------------------------------------------------X

       Plaintiff, by his attorneys, GEORGAKLIS & MALLAS PLLC, complaining of the

defendants, at all times hereinafter mentioned, upon information and belief, allege as follows:

## **AS AND FOR A FIRST CAUSE OF ACTION**

       1.  On April 1, 2019, defendant, JB HUNT TRANSPORT, INC., owned a certain 2017

International Box Truck bearing New York State license plate number 2719711.

       2.  On April 1, 2019, defendant, JB HUNT TRANSPORT, INC., leased the aforementioned

truck.

       3.  On April 1, 2019, defendant, JB HUNT TRANSPORT, INC., maintained the

aforementioned truck.

       4.  On April 1, 2019, defendant, JB HUNT TRANSPORT, INC., controlled the aforementioned

truck.

       5.  On April 1, 2019, defendant, JB HUNT TRANSPORT, INC., repaired the aforementioned

truck.

       6.  On April 1, 2019, defendant, EDISON VERLY, was employed by defendant, JB HUNT

TRANSPORT, INC.

7. On April 1, 2019, defendant, EDISON VERLY, operated the aforementioned truck.

8. On April 1, 2019, defendant, EDISON VERLY, operated the aforementioned truck with the permission and consent of defendant, JB HUNT TRANSPORT, INC.

9. On April 1, 2019, defendant, EDISON VERLY, operated the aforementioned truck while in the course of his employment with the defendant, JB HUNT TRANSPORT, INC.

10. On April 1, 2019, defendant, EDISON VERLY, maintained the aforementioned truck.

11. On April 1, 2019, defendant, EDISON VERLY, controlled the aforementioned truck.

12. On April 1, 2019, defendant, EDISON VERLY, repaired the aforementioned truck.

13. On April 1, 2019, plaintiff, DENNIS HOLM, was operating a 2009 Toyota motor vehicle bearing New York license plate number JAK3048.

14. On April 1, 2019, I-278 Southbound Gowanus Expressway in the County of Kings, City and State of New York was a public thoroughfare.

15. On April 1, 2019, at approximately 05:32 PM, defendant, EDISON VERLY, was operating the aforementioned 2017 International Box Truck at the aforesaid location.

16. On April 1, 2019, at approximately 05:32 PM, plaintiff, DENNIS HOLM, was operating the aforementioned 2009 Toyota motor vehicle at or about the aforesaid location.

17. On April 1, 2019, the motor vehicle owned by defendant, JB HUNT TRANSPORT, INC., and operated by defendant, EDISON VERLY, came into contact with the motor vehicle operated by plaintiff, DENNIS HOLM.

18. The aforementioned contact was caused by reason of the negligence, carelessness and recklessness of the defendants in their ownership, operation, maintenance, management, repair and control of the aforesaid 2017 International Box Truck.

- 2 -

19. That defendants were negligent and indulged in culpable conduct by reason of the recklessness and carelessness in the ownership, operation, maintenance, management and control of their aforesaid motor vehicles; in failing to properly maintain, repair and care for the aforesaid motor vehicle; in failing to have same under reasonable and proper control; in failing to keep a proper lookout upon a highway; in failing to give due and proper warning of the movements of said motor vehicle; in failing to heed traffic controls; in failing to signal or give signals; in failing to afford the plaintiff a reasonable opportunity to reach a place of safety; in operating the motor vehicle as to cause the same to come into contact with such objects and/or such persons as involved in said accident; in so operating the motor vehicle as to cause the same to be in such a position on the roadway as to endanger the safety to others; in failing to see; in failing to see that which was there to be seen; in operating said motor vehicle at such speeds at said location as to cause the same to be of danger to others, and in violating the statues, ordinances and regulations, of which the Court will take Judicial notice, in such cases made and provided.

20. By reason of the foregoing, plaintiff, DENNIS HOLM, was injured.

21. By reason of the foregoing, plaintiff, DENNIS HOLM, was seriously injured.

22. The exemptions set forth in CPLR §1601 do not apply by reason of one or more of the exemptions set forth in CPLR §1602.

23. The exemptions set forth in CPLR §1601 do not apply by reason of one or more of the exemptions set forth in CPLR §1602 including but not limited to §1602(6).

24. By reason of the foregoing, plaintiff, DENNIS HOLM, sustained a serious injury as defined in §5102(d) of the Insurance Law of the State of New York and/or economic losses defined by §5102(a) of the Insurance Law of the State of New York.

- 3 -

25. By reason of the foregoing, plaintiff, DENNIS HOLM, has sustained damages, both general and special, in an amount that exceeds the jurisdictional limits of all lower Courts to be decided by a jury at the time of trial.

**WHEREFORE**, plaintiff, DENNIS HOLM, demands judgment against the defendants in this cause of action in an amount that exceeds the jurisdictional limits of all lower Courts to be decided by a jury at the time of trial together with the costs and disbursements of this action.

Dated: Brooklyn, New York
      March 8, 2022

GEORGAKLIS & MALLAS, PLLC

By: Gregory S. Lombardi, Esq.
    Attorneys for Plaintiff
    9118 Fifth Avenue
    Brooklyn, New York 11209
    (718) 238-2400

- 4 -

## **VERIFICATION**

Gregory S. Lombardi, an attorney duly admitted to practice in the State of New York affirms the following under penalties of perjury:

I am an associate of Georgaklis & Mallas, PLLC, attorneys for the plaintiff in the captioned action.  I have read the foregoing and know the contents thereof.  Upon information and belief, I believe the matters alleged therein to be true.

The reason this Verification is made by me and not by plaintiff is that the plaintiff resides in a county other than the one in which the plaintiff's attorneys' maintain their offices.

The source of my information and the grounds for my beliefs are communications, papers, reports and investigations contained in the litigation file.

Dated: Brooklyn, New York
        March 8, 2022

_____
GREGORY S. LOMBARDI



# NYSCEF Confirmation Notice
## Kings County Supreme Court

The NYSCEF website has received an electronic filing on 03/09/2022 01:25 PM. Please keep this notice as a confirmation of this filing.

**Index Number NOT assigned**
**DENNIS HOLM v. EDISON VERLY et al**
**Assigned Judge: None Recorded**

## Documents Received on   03/09/2022 01:25 PM

| Doc # | Document Type |
|-------|---------------|
| 1 | SUMMONS |
| 2 | COMPLAINT |

## Filing User

Kostantinos Mallas | gmlawefile@gmail.com | (718) 238-2400
9118 Fifth Avenue, Brooklyn, NY 11209

## E-mail Notifications

An email regarding this filing has been sent to the following on 03/09/2022 01:25 PM:

**KOSTANTINOS MALLAS - gmlawefile@gmail.com**

## Email Notifications NOT Sent

| Role | Party | Attorney |
|------|-------|----------|
| Respondent | EDISON VERLY | No consent on record. |
| Respondent | JB HUNT TRANSPORT, INC. | No consent on record. |

\* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

---

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov**
Phone: Phone: 347-404-9766 or 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile



# NYSCEF Confirmation Notice
## Kings County Supreme Court

**Index Number NOT assigned**
**DENNIS HOLM v. EDISON VERLY et al**
**Assigned Judge: None Recorded**

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov**
Phone: Phone: 347-404-9766 or 347-404-9762     Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center, nyscef@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

Page 2 of 2

# NYSCEF Payment Receipt

## Kings County Supreme Court

The NYSCEF website has received your electronic filing. Please keep a copy for your records.

**Index Number NOT assigned**

**DENNIS HOLM v. EDISON VERLY et al**

## Documents Received on    03/09/2022 01:25 PM

| Doc # | Document Type | Control # | Motion # | Fee |
|-------|---------------|-----------|----------|-----|
| 1 | SUMMONS | | | $0.00 |
| 2 | COMPLAINT | | | $0.00 |
| | | | *Index Fee* | + $210.00 |
| | | | *Credit Card Service Fee:** | + $6.28 |
| | | | *Total Fee* | **$216.28** |

## Payment Information

| | |
|---|---|
| Generated Receipt #: | 0003081915 |
| Payment Type: | **AMERICAN EXPRESS** |
| Date Paid: | **03/09/2022** |
| Filing Fee: | **$210.00 (Authorization Code: 233116)** |
| Credit Card Service Fee:* | **$6.28 (Authorization Code: 299556)** |

## Filing User

Kostantinos Mallas | gmlawefile@gmail.com | (718) 238-2400

9118 Fifth Avenue, Brooklyn, NY 11209

---

**\* Credit Card Service Fee:** This fee is in addition to the amount paid to the biller and will appear as a separate charge on your credit or debit card statement. This service fee is non-refundable.

**Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov**
Phone: Phone: 347-404-9766 or 347-404-9762    Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

**NYSCEF Resource Center -  nyscef@nycourts.gov**
**Phone:** (646) 386-3033    **Fax:** (212) 401-9146    **Website:** www.nycourts.gov/efile

DOS-1248 (02/12)
**DEPARTMENT OF STATE**
DIVISION OF CORPORATIONS,
STATE RECORDS AND UCC
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001

*CCI-E-CLAIMS*



**USPS CERTIFIED MAIL**

9214 8969 0059 7932 2226 92

202206090404
J. B. HUNT TRANSPORT, INC.
PO BOX 130
615 J.B. HUNT CORPORATE DR
LOWELL AR 72745, USA